## JONES v. BAUGH.  (No. 272.)

(Court of Civil Appeals of Texas.  Waco.
Nov. 26, 1925.)

**Appeal and error ⚖═501 (5), 509—In absence of exception to judgment or notice of appeal, appellate court acquires no jurisdiction.**

Under Rev. St. 1925, art. 2253, appellate court acquires no jurisdiction of cause, where record fails to disclose that appellant excepted to judgment or gave notice of appeal.

Appeal from McLennan County Court;
James R. Jenkins, Judge.

Action between H. H. Jones and J. F. Baugh.  From a judgment for the latter, the former appeals.  Appeal dismissed.

Nat Harris, of Waco, for appellant.
Johnston & Hughes, of Waco, for appellee.

BARCUS, J.  This is an appeal from a judgment rendered in the county court of McLennan county.  An inspection of the record fails to disclose that appellant in any way excepted to the judgment of the trial court, or that he gave any notice of appeal.  In the absence of such notice, the appellate court acquires no jurisdiction of the cause, and the appeal is therefore dismissed.  Article 2253, Revised Statutes of Texas 1925; Morris v. Auld (Tex. Civ. App.) 255 S. W. 253, and authorities there cited.